LOCAL BANKRUPTCY FORM 2016-4

STATEMENT OF PRO SE DEBTOR(S)

Debtor's Name __BERG, PHILIP JAY__   Case No. _____

Address __706 RIDGE PIKE__   Chapter of Case __13__
__LAFAYETTE HILL, PA 19444-1711__

Telephone Number (home) __(610) 825-2118__   Date Case Filed __11/29/05__

Telephone Number (work) __(610) 825-3134__   Date this Form Submitted __11/29/05__

1. List the name, address, and telephone number of any person or business assisting you in filing or preparing papers for this case:

   __N/A__

2. State how you were referred to the person or business named above or the source of advertisement you responded to.

   __N/A__

3. a. Total fee charged by person or business named above $ __—__

   b. Amount of fee paid as of the date you filed bankruptcy $ __—__

   c. Did the preparer tell you the amount of court costs that must be paid to file your case?
      YES    NO    (circle one)

4. Were various chapters or types of bankruptcy explained to you?
      YES    NO    (circle one)

   Other Comments _____

5. Did the preparer explain to you that you have the right to claim certain property as exempt?
      YES    NO    (circle one)

6. Did the preparer give you a copy of the papers he prepared for you?
      YES    NO    (circle one)

_____
Signature of Debtor(s)

2005 NOV 29 PM 4:33
U.S. BANKRUPTCY COURT
FILED