# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | : |
| | : **Chapter 13** |
| **PHILIP JAY BERG** | : |
| | : **Case No. 05-39380(DWS)** |
| **Debtor.** | : |
| | : |

## CERTIFICATE OF SERVICE

Raymond M. Patella hereby certifies that on March 30, 2006, a copy of Commerce Bank, N.A.'s proof of claim, docketed on the Court's Claims Register on March 30, 2006 as Claim No. 18, was served via Federal Express upon:

David A. Scholl
Regional Bankruptcy Center of SE PA
Law Office of David A. Scholl
6 St. Albans Avenue
Newtown Square, PA  19073

William C. Miller
Chapter 13 Trustee
111 S. Independence Mall
Suite 583
Philadelphia, PA  19107

           __/s/ Raymond M. Patella_____
           Raymond M. Patella

108275.01608/21479300v.1