Form B6F
(10/05)

In re  Philip Jay Berg
       _____,
                     Debtor

Case No.  05-39380

# AMENDED
## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C.§112; Fed.R.Bankr.P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>ADR Options, Inc<br>Two Commerce Square, suite 1100<br>2001 Market Street<br>Philadelphia, PA 19103 | | - | | | | | 1,150.00 |
| Account No.<br><br>Allan Lowenstein<br>Jenkintown Plaza ste 160<br>Jenkintown, PA 19046 | | - | | | | | 5,485.00 |
| Account No.<br><br>America On Line<br>Po Box 30622<br>Tampa, FL 33630 | | - | | | | | Unknown |
| Account No.<br><br>American Bar Association<br>Po Box 4745<br>Carol Stream, IL 60197 | | - | | | | | 350.00 |
| _11_ continuation sheets attached | | | | | Subtotal<br>(Total of this page) | | 6,985.00 |

Form B6F - Cont.
(10/05)

In re **Philip Jay Berg**, Debtor

Case No. **05-39380**

## AMENDED
## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Arch Wireless Metrocall<br>Po BOX 4062<br>Woburn, MA 01888 | | - | | | | | 152.57 |
| Account No. 055-097-5639-001<br><br>At & T<br>Po BOX 2971<br>Omaha, NE 68103 | | - | | | | | 390.61 |
| Account No. 030-283-0429-001<br><br>AT & T<br>P. O. Box 9001309<br>Louisville, KY 40290 | | - | | | | | 2,689.61 |
| Account No.<br><br>AT & T Wireless<br>c/o CBA<br>Po BOX 5013<br>Hayward, CA 94540 | | - | | | | | 162.91 |
| Account No.<br><br>Au Premiere Transportation<br>805 Creek Road<br>Bellmawr, NJ 08031 | | - | | | | | 2,320.50 |

Sheet no. **1** of **11** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   5,716.20

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037   Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re  **Philip Jay Berg**, Debtor

Case No. __05-39380__

# AMENDED
## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Baker and Taylor <br> c/o Robert E Cherwony, Esquire <br> Kraft & Kraft PC <br> 1311 Spruce Street <br> Philadelphia, PA 19107 | - | | | | | | 6,000.00 |
| Account No. 4356-0025-0665-2096 <br><br> Bank of America <br> PO Box 1758 <br> Newark, NJ 07101 | - | | | | | | 8,080.81 |
| Account No. 62080 <br><br> Barterone <br> Po BOX 21775 <br> Charleston, SC 29413 | - | | | | | | 1,242.95 |
| Account No. 5530262004 <br><br> BNI <br> Barter Network Inc. <br> 411 Old Baltimore Pike Suite 202 <br> Chadds Ford, PA 19317 | - | | | | | | 4,532.29 |
| Account No. <br><br> BNI.. <br> Barter Network Inc. <br> 411 Old Baltimore Pike Suite 202 <br> Chadds Ford, PA 19317 | - | | | | | | 1,876.33 |

Sheet no. __2__ of __11__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **21,732.38**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037     Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re **Philip Jay Berg** , Case No. **05-39380**
Debtor

## AMENDED
### SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>BP/Amoco<br>Payment Processing Center<br>P.O. Box 6600<br>Des Moines, IA 50360-6600 | - | | | | | | 1,890.47 |
| Account No. <br><br>Broadview Networks<br>c/o David Taylor & Associates<br>170 Main Street unit G11<br>Tewksbury, MA 01876 | - | | | | X | | 276.54 |
| Account No. <br><br>Capital Legal Services<br>1431 Lombard Street<br>Philadelphia, PA 19146 | - | | | | | | 523.35 |
| Account No. 5189-1310-0645-9767<br><br>Card Service Center<br>Po BOX 9201<br>Old Bethpage, NY 11804 | - | | | | X | | 1,588.59 |
| Account No. <br><br>City of Philadelphia<br>Department of Revenue<br>P. O. Box 1630<br>Philadelphia, PA 19105-1630 | - | | | | | | 10,000.00 |

Sheet no. **3** of **11** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **14,278.95**

Form B6F - Cont.
(10/05)

In re **Philip Jay Berg**, Debtor

Case No. **05-39380**

# AMENDED
## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Class Act Reporting Agency<br>1420 Walnut Street, Suite 1212<br>Philadelphia, PA 19103 | | - | | | | | 234.95 |
| Account No.<br><br>Computerlogist, Inc.<br>341 Windsor Park Lane<br>Havertown, PA 19083 | | - | | | | | 5,584.95 |
| Account No.<br><br>Eric Bradway<br>706 Ridge Pike<br>Lafayette Hill, PA 19444 | | - | | | | | 40,000.00 |
| Account No.<br><br>Ersa Court Reporting<br>30 S 17th Street<br>Philadelphia, PA 19103 | | - | | | | | 1,809.00 |
| Account No.<br><br>Esquire Depositon Services<br>Po Box 827829<br>Philadelphia, PA 19182 | | - | | | | | 1,535.41 |

Sheet no. **4** of **11** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **49,164.31**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re **Philip Jay Berg**, Debtor

Case No. __05-39380__

# AMENDED
## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> First Services LTD <br> 1601 Market Street <br> Philadelphia, PA 19130 | | - | | | | | 162.20 |
| Account No. <br><br> Geiger & Loria Reporting <br> c/o Robert E Cherwony, Esquire <br> Krraf and Kraft <br> 1311 Spruce Street <br> Philadelphia, PA 19107 | | - | | | | | 800.00 |
| Account No. SUB545965 <br><br> Hartford Insurance <br> 100 Enterprise Drive <br> PO BOX 3000 <br> Rockaway, NJ 07866 | | - | | | | | 6,892.40 |
| Account No. 200300 <br><br> Holod's True Value <br> 700 Ridge Pike <br> Lafayette Hill, PA 19444 | | - | | | | | 36,817.37 |
| Account No. <br><br> Holton Reitleman & Gury <br> 7 E. Skippack Pike <br> Ambler, PA 19002 | | - | | | | | 5,549.22 |

Sheet no. __5__ of __11__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **50,221.19**

Form B6F - Cont.
(10/05)

In re  Philip Jay Berg , Case No. __05-39380__
                Debtor

# AMENDED
## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>K.D. Landscaping, Inc.<br>230 Roberts Ave<br>Conshohocken, PA 19428 | | - | | | | | 600.00 |
| Account No.<br><br>Keenan Reporting Service<br>87 S Grant Street<br>Manheim, PA 17545 | | - | | | | | 213.50 |
| Account No.<br><br>Knipes Cohen Assocates Inc.<br>400 Market Street Suite 11<br>Philadelphia, PA 19106 | | - | | | | | 732.25 |
| Account No.<br><br>New York City<br>Department fo Finance<br>Po Box 3610<br>Church Street Station<br>New York, NY 10008 | | - | | | | | 352.78 |
| Account No.<br><br>Newcourt Leasing<br>Po BOX 550599<br>Jacksonville, FL 32255 | | - | | | | X | 2,651.44 |
| Sheet no. 6 of 11 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | Subtotal<br>(Total of this page) | | | | 4,549.97 |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                           Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re    **Philip Jay Berg**                                    Case No.    **05-39380**
                              Debtor

# AMENDED
## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 400609329042<br><br>PECO<br>c/o CBCS<br>PO BOX 1911<br>Meriden, CT 06450 | | - | | | | | 1,505.26 |
| Account No. 400606903013<br><br>PECO<br>P. O. Box 13437<br>Philadelphia, PA 19101 | | - | 706 Ridge Pike | | | | 4,360.03 |
| Account No. 4006-06902510<br><br>PECO<br>P. O. Box 13437<br>Philadelphia, PA 19101 | | - | | | | | 1,915.21 |
| Account No. 400606660223<br><br>PECO<br>P. O. Box 13437<br>Philadelphia, PA 19101 | | - | 10 Pear Tree Lane<br>LaFayette Hill Pa 18901 | | | | 462.00 |
| Account No.<br><br>Pitney Bowes Credit Corporation<br>P. O. Box 856390<br>Louisville, KY 40285-6390 | | - | | | | | 432.76 |

Sheet no. **7** of **11** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    8,675.26

Form B6F - Cont (10/05)

In re **Philip Jay Berg**, Debtor

Case No. **05-39380**

# AMENDED
## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>Pitney Bowes- Purchase Power<br>Po Box 8569042<br>Louisville, KY 40285 | | - | | | | | 35.00 |
| Account No.<br>Precision Reporting, Inc.<br>230 S Broad Street<br>11th Floor<br>Philadelphia, PA 19102 | | - | | | | | 453.22 |
| Account No.<br>Quill<br>Po Box 32731<br>Palatine, IL 60094 | | - | | | | | 106.00 |
| Account No.<br>Rabelo Advertising Inc<br>Po Box 123<br>Lafayette Hill, PA 19444 | | - | | | | | 4,000.00 |
| Account No. 1946<br>Ravine Design & Advertising<br>254 West State Street<br>Doylestown, PA 18901 | | - | | | | | 200.00 |

Sheet no. **8** of **11** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **4,794.22**

Form B6F - Cont.
(10/05)

In re  **Philip Jay Berg**                                  ,   Case No.  **05-39380**
                         Debtor

# AMENDED
## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Samson Paper Company<br>2554 Industry Lane<br>Norristown, PA 19403 | | - | | | | | 505.60 |
| Account No.<br><br>Sensormatic Electronics Corp.<br>Po Box 32731<br>Charlotte, NC 28232 | | - | | | | | 455.80 |
| Account No.<br><br>Shelli W Camp Court Reporter<br>325 Glenn rose Circle<br>King Of Prussia, PA 19406 | | - | | | | | 60.00 |
| Account No.<br><br>Simm Associates Inc.<br>Po Box 1139<br>Oaks, PA 19456 | | - | | | | X | 1,588.59 |
| Account No.<br><br>Sourcecorp<br>Po Box 19066<br>Green Bay, WI 54307 | | - | | | | | 178.41 |

Sheet no. **9** of **11** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **2,788.40**

Form B6F - Cont.
(10/05)

In re   Philip Jay Berg , Case No.   05-39380
                    Debtor

# AMENDED
## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>South Jersey Gas<br>1 South Jersey Plaza<br>Hammonton, NJ 08037 | | - | | | | | 130.95 |
| Account No.<br><br>Sovereign Signal Systems LTD<br>124 Delaware Street<br>New Castle, DE 19720 | | - | | | | | 254.40 |
| Account No.<br><br>Spine Center<br>1911 Arch Street<br>Philadelphia, PA 19103 | | - | | | | | 2,594.00 |
| Account No.<br><br>Staples<br>Department PHL 85103<br>Po Box 30851<br>Hartford, CT 06150 | | - | | | | | 8,000.00 |
| Account No.<br><br>TEXACO<br>c/o Citicorp Credit Service<br>Po Box 3136<br>Milwaukee, WI 53201 | | - | | | | | 1,669.91 |

Sheet no. 10 of 11 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   12,649.26

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re  Philip Jay Berg  ,  Case No. __05-39380__
                          Debtor

# AMENDED
## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Thomas G Oakes Associates<br>216 Haddon Avenue Suite 400<br>Collingswood, NJ 08108 | - | | | | | | 224.29 |
| Account No.<br><br>Veritext Pennsylvania Reporting Co, LLC<br>Po Box 8500 54797<br>Philadelphia, PA 19178-4797 | - | | | | | | 1,189.25 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __11__ of __11__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **1,413.54**

Total
(Report on Summary of Schedules)  **182,968.68**