```
                      UNITED STATES BANKRUPTCY COURT
                      FOR THE EASTERN DISTRICT OF PA
 IN THE MATTER OF:                                             PAGE    1

                                       )     CHAPTER 13
                                       ) CASE NO.       0539380
                                       )
 PHILIP JAY BERG                       )     DATE FILED: 11/29/2005
                                       ) DATE CONFIRMED: 06/22/2006
 706 RIDGE PIKE                        ) DATE CONCLUDED: 08/17/2006
 LAFAYETTE HILL, PA  19444     DEBTOR (S)  )
                                       )
------------------------------------------------)

                         CHAPTER 13 STANDING TRUSTEE'S
                              FINAL REPORT
                          CONV. TO CHAPTER 11

   Pursuant to 11 U.S.C. Section 1302(b)(1) and Rule 2015(2), the Trustee has
 maintained detailed reports of receipts and disbursements which are as follows
```

| Claim Creditor's Name | Amount Allowed | Paid to Date | Balance Due |
|---|---|---|---|
| Unclassified | | | |
| 001 U.S. BANK NATIONAL ASSOCIATION | 0.00 | 0.00 | 0.00 |
| 002 ALLAN LOWENSTEIN | 0.00 | 0.00 | 0.00 |
| 004 AT & T | 0.00 | 0.00 | 0.00 |
| 005 AT & T WIRELESS | 0.00 | 0.00 | 0.00 |
| 006 AU PREMIERE TRANSPORTATION | 0.00 | 0.00 | 0.00 |
| 008 BARTERONE | 0.00 | 0.00 | 0.00 |
| 009 BNI | 0.00 | 0.00 | 0.00 |
| 010 BP/AMOCO | 0.00 | 0.00 | 0.00 |
| 011 BROADVIEW NETWORKS | 0.00 | 0.00 | 0.00 |
| 014 CITY OF VENTNOR TAX OFFICE | 0.00 | 0.00 | 0.00 |
| 016 ERIC BRADWAY | 0.00 | 0.00 | 0.00 |
| 017 HARTFORD INSURANCE | 0.00 | 0.00 | 0.00 |
| 018 HOLOD'S TRUE VALUE | 0.00 | 0.00 | 0.00 |
| 022 K.D. LANDSCAPING, INC. | 0.00 | 0.00 | 0.00 |
| 024 NEWCOURT LEASING | 0.00 | 0.00 | 0.00 |
| 025 PECO | 0.00 | 0.00 | 0.00 |
| 026 RAVINE DESIGN & ADVERTISING | 0.00 | 0.00 | 0.00 |
| 027 WHITEMARSH TOWNSHIP | 0.00 | 0.00 | 0.00 |
| 029 AT&T | 0.00 | 0.00 | 0.00 |
| 030 PECO | 0.00 | 0.00 | 0.00 |
| 031 INTERNAL REVENUE SERVICE | 0.00 | 0.00 | 0.00 |
| 032 CARD SERVICE CENTER | 0.00 | 0.00 | 0.00 |
| 034 ARCH WIRELESS METROCALL | 0.00 | 0.00 | 0.00 |
| 035 BANK OF AMERICA, N.A. | 0.00 | 0.00 | 0.00 |

```
                       UNITED STATES BANKRUPTCY COURT
                       FOR THE EASTERN DISTRICT OF PA
 IN THE MATTER OF:                                                    PAGE    2

                                       )     CHAPTER 13
                                       ) CASE NO.       0539380
                                       )
 PHILIP JAY BERG                       )     DATE FILED: 11/29/2005
                                       ) DATE CONFIRMED: 06/22/2006
 706 RIDGE PIKE                        ) DATE CONCLUDED: 08/17/2006
 LAFAYETTE HILL, PA  19444      DEBTOR (S)   )
                                       )
-------------------------------------------------)

                          CHAPTER 13 STANDING TRUSTEE'S
                                 FINAL REPORT
                            CONV. TO CHAPTER 11

   Pursuant to 11 U.S.C. Section 1302(b)(1) and Rule 2015(2), the Trustee has
 maintained detailed reports of receipts and disbursements which are as follows
-----------------------------------------  ------------------------------------
                                          Amount        Paid
 Claim Creditor's Name                    Allowed       to Date      Balance Due
-----------------------------------------  ------------------------------------

 036 ROVILLARD & BLEE, LLC                    0.00        0.00             0.00
 038 MONTGOMERY COUNTY TAX CLAIM BU           0.00        0.00             0.00
 041 HOLTON NAMIOTKA JONES DBA                0.00        0.00             0.00
                                                    -------------
                                                           0.00
 SECURED
 015 COMMERCE BANK                            0.00        0.00             0.00
 021 INTERNAL REVENUE SERVICE            19,433.85        0.00        19,433.85
 023 MONTGOMERY CTY TAX CLM BUREAU       13,044.41        0.00        13,044.41
 028 PENNSYLVANIA DEPT. OF REVENUE        5,230.50        0.00         5,230.50
 042 MARLA D SONES                            0.00        0.00             0.00
 043 THE CARPENTERS FUND OF PHILA        48,225.93        0.00        48,225.93
                                                    -------------
                                                           0.00
 PRIORITY
 121 INTERNAL REVENUE SERVICE            12,015.04        0.00        12,015.04
 128 PENNSYLVANIA DEPT. OF REVENUE        4,213.57        0.00         4,213.57
                                                    -------------
                                                           0.00
 UNSECURED
 003 ARCH WIRELESS METROCALL                 42.76        0.00            42.76
 007 BANK OF AMERICA                      8,737.13        0.00         8,737.13
 012 CARD PROCESSING CENTER               1,588.59        0.00         1,588.59
 019 HOLTON, NAMIOTKA&JONES                2,775.00       0.00         2,775.00
 033 CIT TECHNOLOGY FINANCING             2,743.91        0.00         2,743.91
```

```
                       UNITED STATES BANKRUPTCY COURT
                       FOR THE EASTERN DISTRICT OF PA
 IN THE MATTER OF:                                              PAGE    3

                                        )     CHAPTER 13
                                        )  CASE NO.       0539380
                                        )
 PHILIP JAY BERG                        )     DATE FILED:   11/29/2005
                                        )  DATE CONFIRMED: 06/22/2006
 706 RIDGE PIKE                         )  DATE CONCLUDED: 08/17/2006
 LAFAYETTE HILL, PA  19444     DEBTOR (S)  )
                                        )
---------------------------------------------)

                       CHAPTER 13 STANDING TRUSTEE'S
                              FINAL REPORT
                          CONV. TO CHAPTER 11

   Pursuant to 11 U.S.C. Section 1302(b)(1) and Rule 2015(2), the Trustee has
 maintained detailed reports of receipts and disbursements which are as follows
-----------------------------------------  -------------------------------------
                                   Amount      Paid
Claim Creditor's Name             Allowed     to Date        Balance Due
-----------------------------------------  -------------------------------------

037  PECO                         7,839.70      0.00          7,839.70
039  RESURGENT CAPITAL SVCS       1,363.13      0.00          1,363.13
044  CITIBANK USA                 7,789.69      0.00          7,789.69
045  ERSA COURT REPORTERS         1,809.00      0.00          1,809.00
221  INTERNAL REVENUE SERVICE     1,434.97      0.00          1,434.97
228  PENNSYLVANIA DEPT. OF REVENUE 1,262.83     0.00          1,262.83
                                             ------------
                                                0.00

REFUND TO DEBTOR
999  PHILIP JAY BERG                900.00    900.00             0.00
                                             ------------
                                              900.00

DEBTOR ATTORNEY
000  DAVID A SCHOLL ESQ.          2,000.00      0.00          2,000.00
                                             ------------
                                                0.00

SECURED ARREARAGES
013  CHASE MANHATTAN MGTE CORP   12,631.57      0.00         12,631.57
020  HOMEQ SERVICING CORP         1,443.76      0.00          1,443.76
                                             ------------
                                                0.00


-------------------------------------------------------------------------------
   TOTAL RECEIPTS        DISBURSED        TRUSTEE FEES         CASH ON HAND
        900.00             900.00             0.00                0.00
-------------------------------------------------------------------------------
```

```
                    UNITED STATES BANKRUPTCY COURT
                    FOR THE EASTERN DISTRICT OF PA
 IN THE MATTER OF:                                              PAGE    4

                                    )      CHAPTER 13
                                    )   CASE NO.      0539380
                                    )
 PHILIP JAY BERG                    )      DATE FILED: 11/29/2005
                                    )   DATE CONFIRMED: 06/22/2006
 706 RIDGE PIKE                     )   DATE CONCLUDED: 08/17/2006
 LAFAYETTE HILL, PA   19444    DEBTOR (S)  )
                                    )
-------------------------------------------)
```

CHAPTER 13 STANDING TRUSTEE'S
FINAL REPORT
CONV. TO CHAPTER 11

WHEREFORE, the Trustee prays that a Final Decree be entered discharging him/her as Trustee and releasing the Trustee and the Trustee's surety from any and all liability on account of the within proceedings, and closing the estate, and for such other relief as is just.
Pursuant to FRBP 5009, I certify the case has been fully administered.


/s/ WILLIAM C MILLER
SUITE 583 - THE BOURSE BLDG
111 S INDEPENDENCE MALL E
PHILADELPHIA, PA   19106

PRINTED   08/17/06