# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 7 |
| | : | |
| PHILIP JAY BERG, | : | Bankruptcy No. 05-39380DWS |
| | : | |
| Debtor. | : | |

# ORDER

**AND NOW**, this 6th day of November 2006, upon consideration of the Objection (the "Objection") of the United States trustee ("UST") to the Application for Compensation by Debtor's counsel David A. Scholl, Esquire ("Scholl");

**And** this Court in an Order and Opinion dated October 23, 2006 ("October Ruling") compelling Scholl to disgorge $5,000 to the Chapter 7 trustee (the "Case Trustee") for the reasons set forth in the October Ruling;

**And** Scholl having filed a notice of appeal of the October Ruling (the "Appeal") which he agrees to withdraw if payment to him will be made as set forth herein;

**And** Scholl, the UST and the Case Trustee having agreed that it is in the best interests of all parties to resolve the pending Objection and Appeal on the following terms;

It is hereby **ORDERED** that subject to Scholl's withdrawal of the Appeal:

1. Compensation in the amount of $2,000, of which $500 has been paid, is allowed for Scholl's services in the Chapter 13 case.

2. Reimbursement to Scholl of expenses in the amount of $756 is also allowed.

3.  The Case Trustee shall remit payment of the foregoing amounts to Scholl and
retain the balance of the disgorged funds for the benefit of creditors of the estate.

_____
DIANE WEISS SIGMUND
Chief U.S. Bankruptcy Judge

Copies to:

David A. Scholl, Esquire
Law Office of David A. Scholl
#6 St. Albans Avenue
Newtown, PA  19073

Edward J. DiDonato, Esquire
1818 Market Street
Suite 3520
Philadelphia, PA 19103

Terry P. Dershaw, Esquire
P.O. Box 556
Bryn Athyn, PA  19009

George Conway, Esquire
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107