# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| In re | : | Chapter 7 |
|  | : |  |
| PHILIP JAY BERG, | : | Bankruptcy No. 05-39380DWS |
|  | : |  |
| Debtor. | : |  |

# ORDER

### ALLOWING FIRST AND FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES TO FOX ROTHSCHILD LLP AS ATTORNEYS TO THE CHAPTER 7 TRUSTEE FOR THE PERIOD: OCTOBER 10, 2006 THROUGH APRIL 14, 2008

**AND NOW**, this 21st day of July 2008, upon consideration of the First and Final Application by Fox Rothschild LLP, as attorneys for Terry P. Dershaw (the "Trustee"), the Chapter 7 trustee of the estate of Philip Jay Berg (the "Debtor"), for compensation for the period October 10, 2006 through April 14, 2008 pursuant to Fed. R. Bankr. P. 2016, 11 U.S.C. §§ 330 and 331, and the objection of the Debtor thereto, after notice and evidentiary hearing, and for the reasons set forth in the accompanying Memorandum Opinion;

It is hereby **ORDERED and DECREED** that Fox Rothschild LLP is allowed the sum of $126,055.90 as compensation for services rendered to the Trustee in this proceeding for the period October 10, 2006 through April 14, 2008; and $982.40 as reimbursement for costs expended in the performance of the foregoing legal services;

It is **further ORDERED** that the Trustee is hereby authorized and directed to pay the

foregoing compensation and expenses to Fox Rothschild LLP from the funds of the Debtor's

Estate as an expense of administration in these proceedings.

_____
DIANE WEISS SIGMUND
United States Bankruptcy Judge