# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 7 |
| | : | |
| PHILIP JAY BERG, | : | Bankruptcy No. 05-39380DWS |
| | : | |
| Debtor. | : | |

# ORDER

**AND NOW**, this 1st day of April 2009, upon consideration of the Debtor's Objection to Proof of Claim (the "Objection") filed by Department of Treasury- Internal Revenue Service (the "IRS"), after notice and evidentiary hearing and for the reasons stated in the accompanying Memorandum Opinion;

It is hereby **ORDERED** that the Objection is **DENIED**. The IRS' claim is allowed in the amount of $72,512.27 plus interest and penalties to date is allowed.

DIANE WEISS SIGMUND
United States Bankruptcy Judge