UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 7 |
| PHILIP J. BERG | : | |
| Debtor | : | Bankruptcy No. 05-39380 |

..............................................

ORDER

..............................................

AND NOW, this 12th day of May 2009, the above-captioned debtor having filed on May 1, 2009, a motion for an extension of time to file an appeal under Fed. R. Bankr. P. 8002(c) of this court's order entered on April 2, 2009,

And there has been an objection filed asserting that the debtor cannot demonstrate execusable neglect warranting relief under Rule 8002(c),

Accordingly, it is hereby ordered that a hearing on the debtor's motion for an extension of time shall take place on May 20, 2009 at 3:00 p.m. in Bankruptcy Courtroom #2. The debtor has the burden of persuasion on this issue.

_____
BRUCE FOX
United States Bankruptcy Judge

copies to:

Philip Jay Berg, Esq.
555 Andora Glen Court, Suite 12
Lafayette Hill, PA 19444

David A. Scholl, Esq.
6 St Albans Avenue
Newtown Square, PA 19073

Edward J. DiDonato, Esq.
Fox Rothschild LLP
2000 Market Street, 10th Floor
Philadelphia, PA 19103

Terry P. Dershaw, Chapter 7 trustee
Dershaw Law Offices
P.O. Box 556
Warminster, PA 18974-0632

Pat S. Genis, Esq.
Trial Attorneys Tax Division
U. S. Department of Justice
Post Office Box 227
Washington, DC 20044

Ms. Barbara Townsend, Courtroom Deputy