IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 7

PHILIP JAY BERG

        DEBTOR : BKY. NO. 05-39380BF

**ORDER**

AND NOW, this      day of July, 2009, upon consideration of the Application of the Trustee for Interim Compensation and Reimbursement of Expenses and after notice and hearing held, it is hereby

ORDERED that the sum of $60,288.94 is reasonable compensation for the services in this case by Terry P. Dershaw, Trustee; that such sum does not exceed the limitations prescribed by §326 of the Bankruptcy Code; that $348.18 is reasonable for actual and necessary expenses advanced by the Trustee; and that such sums are awarded to the Trustee. This compensation award is based on actual disbursements made by the Trustee. The Trustee shall receive further compensation on funds held in reserve, only after notice and further Court Order.

BY THE COURT:

_____
BRUCE FOX
U.S. BANKRUPTCY JUDGE