Law Offices of:
**PHILIP J. BERG, ESQUIRE**
555 Andorra Glen Court, Suite 12
Lafayette Hill, PA 19444-2531
Identification No. 09867
(610) 825-3134

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| *IN RE*: | : |
| PHILIP JAY BERG, | : U.S. District Court Case No. 09-2803 |
| *Appellant* | : Bankruptcy Case No. 05-39380-DWS |

**NOTICE OF APPEAL**

Notice Is hereby given this 26th day of April, 2010 that Philip J. Berg, Esquire as Debtor in the above entitled action hereby appeals to the United States Court of Appeals for the Third Circuit from the Order of the Court entered March 25, 2010 dismissing Debtor's pending appeal in the above entitled action.

Respectfully submitted,

_/s/ Philip J. Berg_
Philip J. Berg, Esquire
*Appellant/Debtor in pro se*
555 Andorra Glen Court, Suite 12
Lafayette Hill, PA 19444-2531
(610) 825-3134
PA Identification No. 09867

FILED
APR 3 0 2010
TIMOTHY McGRATH, CLERK
BY _____ DEP. CLERK