**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF PENNSYLVANIA
U.S. COURTHOUSE
INDEPENDENCE MALL WEST
601 MARKET STREET
PHILADELPHIA, PA 19106-1797

MICHAEL E. KUNZ
CLERK OF COURT

CLERK'S OFFICE
ROOM 2609
TELEPHONE
(215)597-7704

June 21, 2011

Timothy McGrath
Clerk
U.S. Bankruptcy Court
900 Market Street
Suite 400
Philadelphia, PA 19107-4299

RE: Philip Jay Berg
CA No. 09-2803
Bky. No. 05-39380

Dear Mr. McGrath:

Enclosed herewith is the original Bankruptcy Record and Supplemental Bankruptcy Record, together with a copy of the Order which was filed in this office on 3/17/2011.

Kindly acknowledge receipt on the copy of letter provided.

Very truly yours,

MICHAEL E. KUNZ
Clerk of Court

By:_____
T. Giambrone, Deputy Clerk

Received above record this _____ day of _____ 2011

_____
(Signature)

bankrec.frm