## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

RE: In Re: Philip J. Berg
Case Number: 10-2243
District Case Number: 2-09-cv-02803

10-2243

In Re: Philip J. Berg

2-09-cv-02803

## ORDER

Pursuant to Fed. R. App. P. 10(b) and 3rd Cir. LAR 11.1 and Misc. 107.1(b), it is

ORDERED that the above-captioned case is hereby dismissed for failure to deposit with the court reporter the estimated cost of the transcript or to file the appropriate motion with the district court if appellant cannot afford the cost of the transcript. It is

FURTHER ORDERED that a certified copy of this order be issued in lieu of a formal mandate.

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

Dated: March 17, 2011

/s/ pdb Case Manager

A True Copy:

*Marcia M. Waldron*

Marcia M. Waldron, Clerk
Certified order issued in lieu of mandate.