*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re:                                                              Chapter: 7

    Philip Jay Berg

Debtor(s)                                                           Case No: 05–39380–bif

---

### *ORDER*

AND NOW, 8/4/11 , the debtor having failed to file either a statement regarding completion of a course in personal financial management, <u>see</u> 11 U.S.C. § 727(a)(11); <u>see also</u> Bankruptcy Rule 4004, or a request for a waiver from this requirement. 11 U.S.C. § 109(h)(4),

And the statement regarding personal financial management was due, *see* Bankruptcy Rule 1007(c),

Accordingly, it is hereby ORDERED that the debtor shall have until 8/18/11 to file a statement regarding completion of an instructional course concerning personal financial management. If the debtor fails to do so, then this case may be closed, without further notice or hearing, and without the debtor receiving his/her chapter 7 discharge. <u>See</u> Advisory Committee Note to Fed. R. Bankr. P. 4004.

 

For The Court

Bruce I. Fox

Judge ,United States Bankruptcy Court

551
Form 211